IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

---

JOSEPH FRANK FORMICA,
        Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,
        Defendant

Civil Action No:
05-CV-1017 (FJS) (DEP)

STIPULATION and ORDER
REGARDING ATTORNEY'S FEES

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties in the above-entitled action that no party to this action is an infant or incompetent person and that an attorney fee under the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412, in the amount of $7,064.50 and $250.00 in costs be and hereby is payable to Joseph Frank Formica.

Dated: Woodbury, New York
      November 14, 2007

By: _____
FUSCO, BRANDENSTEIN & RADA, P.C.
Victor Fusco, Esq.
180 Froehlich Farm Blvd., P.O. Box 307
Woodbury, NY 11797-0307
Attorney for Plaintiff

Dated: November 14, 2007

GLENN T. SUDDABY
United States Attorney
P.O. Box 7198
100 S. Clinton Street
Syracuse, New York 13261-7198

By: /s/ William H. Pease
William H. Pease - 102338
Assistant U.S. Attorney

SO ORDERED:
Dated: 11/15/07
Syracuse, NY

_____
Hon. David E. Peebles
U.S. Magistrate Judge